IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**AISHIA PETERSEN,**                                    Case No. 1:22-cv-22203-CMA

    Plaintiff,

v.

**HERMES OF PARIS, INC.,**
    Defendant.
_____/

## NOTICE OF SETTLEMENT

    Plaintiff AISHIA PETERSEN, hereby notify the court that a provisional settlement has been reached in the above-captioned case.  The parties would like to avoid any additional expense, and further the interests of judicial economy, while they focus efforts on finalizing the material terms of the settlement and reducing it to a writing.  Plaintiff therefore requests this Court to vacate all currently set dates with the expectation that Notice for Dismissal with prejudice as to all claims will be filed within forty-five (45) days.

 Dated this 10th day of August 2022.

                                                  By: __/s/ *Acacia Barros*___
                                                Acacia Barros, Esq.
                                                Fla. Bar No. 106277
                                                **ACACIA BARROS, P.A.**
                                                11120 N Kendall Dr., Suite 201
                                                Miami, Florida 33176
                                                Telephone: 305-639-8381
                                                ab@barroswlawfirm.com
                                                *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

    I hereby certify that on this 10th day of August 2022 that the foregoing document has been filed using CM/ECF system and will be served on Defendant.

                                                *s/Acacia Barros*
                                                Attorney for Plaintiff
                                                ACACIA BARROS, P.A.