UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-22203-CIV-ALTONAGA/Torres

AISHIA PETERSEN,

    Plaintiff,
v.

HERMES OF PARIS, INC.,

    Defendant.
_____/

## ORDER ADMINISTRATIVELY CLOSING CASE

**THIS CAUSE** is before the Court on the Plaintiff's Notice of Settlement [ECF No. 6], filed on August 10, 2022. The Court having carefully reviewed the file, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file a stipulation for dismissal within **sixty (60) days** of the date of this Order.

2. If the parties fail to complete the expected settlement, either party may request the Court to reopen the case.

3. The Clerk shall **CLOSE** this case for administrative purposes only. Any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Miami, Florida, this 10th day of August, 2022.

                                              */s/ Cecilia M. Altonaga*
                                              **CECILIA M. ALTONAGA**
                                              **CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record